**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2588**

---

JOE PECHELES VOLKSWAGON, INCORPORATED, a North
Carolina Corporation; BRIAN L. PECHELES,

Plaintiffs - Appellees,

versus

JOSEPH D. PECHELES,

Defendant - Appellant,

and

ELMA PECHELES,

Defendant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, District Judge.  (CA-96-138-4-H2)

---

Submitted:  March 11, 1999          Decided:  March 17, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Joseph D. Pecheles, Appellant Pro Se.  Donalt J. Eglinton, Susan Pauline Ellis, WARD & SMITH, P.A., New Bern, North Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph D. Pecheles appeals the district court's order awarding attorney's fees to Plaintiffs-Appellees.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Joe Pecheles Volkswagon v. Pecheles, No. CA-96-138-4-H2 (E.D.N.C. Sept. 10, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2